UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:16-cv-00406-RWS
Name of party requesting extension: Spotify USA Inc.
Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 04/20/2016
Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days
New Deadline Date: 06/28/2016  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jay B. Johnson
State Bar No.: 24067322
Firm Name: Kizzia Johnson PLLC
Address: 1910 Pacific Ave. Suite 13000
         Dallas, TX 75201

Phone: (214) 451-0164
Fax:   (214) 451-0165
Email: jay@kjpllc.com

A certificate of conference does not need to be filed with this unopposed application.