IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-406 |
| vs. | § § | LEAD CASE |
| SPOTIFY USA, INC., | § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Dismiss Defendant Spotify USA, Inc. Without Prejudice (Docket No. 10). For the following reasons, the Motion is **DENIED WITHOUT PREJUDICE.**

The Court's **Standing Order Regarding Proper Notification of Settlement to the Court**[1] facilitates the Court's ability to monitor and manage its docket. The Standing Order requires that promptly upon settlement in principle of any case pending before the Court, the parties jointly file a motion with the Court styled <u>Joint Motion To Stay All Deadlines and Notice of Settlement</u>. The Standing Order lists four requirements with respect to such motions:

1. Affirmatively state that all matters in controversy between the parties have been settled in principle,

2. Provide the general terms and amount of settlement,[2]

---

[1] <u>Available at:</u> http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=25348.

[2] A memorandum of Understanding or email confirmation of the terms may be attached to reflect such terms. If settlement terms are deemed "Confidential," the Notice may be filed under seal by including a Certificate of Authorization to File Under Seal referencing the Standing Order. *See* Local Rule CV-5(a)(7)(A).

3. Request that the Court stay for some specific and reasonable period of time, up to 30 days,[3] the unreached deadlines contained in the Court's Docket Control Order, or stay the entry of a Docket Control Order if one has yet to be entered, so that the appropriate dismissal papers may be submitted, and

4. Stipulate that if any issues arise in formalizing the settlement papers, the parties agree to submit such issues to the Court for final resolution.

Plaintiff's motion is improperly styled and fails to comply with the requirements of the Standing Order. Accordingly, the Unopposed Motion to Stay All Deadlines (Docket No. 10) is **DENIED WITHOUT PREJUDICE** to refiling in accordance with the Court's **Standing Order Regarding Proper Notification of Settlement to the Court**.

**SIGNED this 15th day of August, 2016.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[3] The parties may request a stay for greater than 30 days if good cause is shown.