IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § § § § § § § § § | Case No: 2:16-cv-406 |
| Plaintiff, | | |
| vs. | | |
| SPOTIFY USA, INC. | | |
| Defendant. | | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Spotify USA, Inc. (Docket No. 12). It is therefore **ORDERED** that all claims by and between parties are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 22nd day of August, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE