# IN THE UNITED STATED DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-406 |
| | § | |
| vs. | § | |
| | § | |
| SPOTIFY USA, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## **FINAL JUDGMENT**

The Court has dismissed with prejudice all claims by and between the parties. Docket No. 13. It is therefore **ORDERED** that final judgment in the above-style and numbered action be, and hereby is entered on August 22, 2016.

**SIGNED this 22nd day of August, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE